IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30305
Conference Calendar
_____

ROBERT MYLES,

Petitioner-Appellant,

versus

BURL CAIN, Acting Warden
RICHARD P. IEYOUB, Attorney General,
State of Louisiana

Respondents-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV-3984 E
- - - - - - - - - -
June 26, 1996

Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Proceeding pro se and in forma pauperis, Robert Myles,
#87712, appeals from the district court's denial of his
postjudgment motion for copies of state trial records and
transcripts.  In his appellate brief, however, Myles argues
solely the issue whether the district court erred by previously
denying his petition for a writ of habeas corpus, the denial of

_____

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

which Myles failed to appeal.  A pro se habeas petitioner abandons issues that he does not argue.  Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993).  Because Myles does not address the denial of his postjudgment motion, he has abandoned argument on the only issue before this court.  Myles' appeal is without arguable merit and is thus frivolous.  See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983).  Myles is warned that the filing of future frivolous appeals may result in the imposition of sanctions.  To avoid sanctions, Myles is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.